# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| M&T BANK, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendant(s). | Case No. 2:17-CV-1867 JCM (CWH) <br><br> ORDER |

Presently before the court is plaintiffs Federal Home Loan Mortgage Corporation ("Freddie Mac") and M&T Bank's ("MTB") motion to extend time to file a response to defendant SFR Investments Pool 1, LLC's ("SFR") motion for summary judgment and to file a reply to SFR's response to plaintiffs' motion for summary judgment. (ECF No. 34).

Due to the dozens of other cases pending in the District of Nevada and Nevada state courts concerning materially the same issues and the challenges associated with coordinating with other counsel in each case, plaintiffs request an extension until May 9, 2018 to file a response to SFR's motion for summary judgment (ECF No. 29) and to file a reply to SFR's response to plaintiffs' motion for summary judgment (ECF No. 28).

Plaintiffs inquired with SFR as to whether it would agree to an extension and have not received a response.

The court will grant plaintiffs' request for an extension until May 9, 2018.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion to extend time (ECF No. 34) be, and the same hereby is, GRANTED.

DATED THIS 24th day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge